UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH MAZE,

    Defendant.

_____/

CASE No. 1:07-cr-170

HON. ROBERT J. JONKER

## **ORDER**

In accordance with the Opinion entered this day, **IT IS ORDERED:**

1. Defendant Maze's previously imposed sentence of imprisonment (as reflected in the December 22, 2008 Judgment) of 240 months imprisonment is **REDUCED** to a sentence of 180 months imprisonment, but not less than time served.

2. Except as otherwise provided, all provisions of the Judgment dated December 22, 2008, (ECF No. 54), including the 10-year term of supervised release, shall remain in effect.

3. Defendant's Motion for Modification or Reduction of Sentence under the First Step Act (ECF No. 69) is **GRANTED** to the extent specified in the Opinion entered this day and this Order.

4. This Order shall be effective **ten (10)** days from the date of the Opinion and this Order.

Dated:   October 17, 2019       /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE